# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALERIE ALVA, | ) | 1:08cv0324 DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW (Document 94) |
| v. | ) | |
| MICHAEL J. ASTRUE, | ) ) | ORDER EXTENDING DEADLINES |
| | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff's counsel, Marc Kalagian, filed the instant motion to withdraw as counsel for Plaintiff Valerie Alva ("Plaintiff") on August 28, 2008. The matter was heard on September 26, 2008, before the Honorable Dennis L. Beck, United States Magistrate Judge. Mr. Kalagian appeared. Sarah Ryan appeared on behalf of Defendant, although she did not oppose the motion.

## DISCUSSION

Plaintiff filed this action challenging the Commissioner's denial of social security benefits on February 26, 2008. Her opening brief is currently due October 15, 2008.

On August 28, 2008, Plaintiff's counsel, Marc Kalagian, filed the instant motion to withdraw as attorney of record. Counsel moves to withdraw because he believes that further prosecution of Plaintiff's action could subject him to Rule 11 sanctions. On August 14, 2008, Mr. Kalagian sent Plaintiff a letter informing setting forth his opinion and requesting that

1

1  Plaintiff sign a substitution of attorney.  Plaintiff signed for the letter on August 16, 2008, but as
2  of the filing of the motion, has not had any further communication with counsel.
3       At the hearing, Mr. Kalagian indicated that he had spoken with his client just prior to the
4  hearing.  The Court spoke with Plaintiff, who indicated that she did not oppose counsel's
5  withdrawal and understood that she would either have to proceed in pro se or secure other
6  counsel.
7       Accordingly, Mr. Kalagian's motion is GRANTED and Plaintiff is SUBSTITUTED in as
8  counsel in pro se.  Her current address is 511 Jefferson Street, Bakersfield, California, 93305.
9       The dates set forth in the March 6, 2008, Scheduling Order are extended 45 days for
10 Plaintiff to find new counsel, continue the action in pro se, or dismiss the action.  Plaintiff's
11 opening brief is therefore due on or before November 30, 2008.

13       IT IS SO ORDERED.
14       Dated:   **September 26, 2008**                    **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE

2